Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 24 2024

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

UNEIKA THOMAS )
) Case No. 1:24-CV-2773
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)* ☑ Yes ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
EXPERIAN INFORMATION SOLUTIONS, INC. )
EQUIFAX INFORMATION SERVICES LLC )
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Uneika Thomas |
| Street Address | 12272 Anchor Way |
| City and County | Hampton, Clayton |
| State and Zip Code | Georgia, 30228 |
| Telephone Number | 7738070947 |
| E-mail Address | uneikathomas88@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: EXPERIAN INFORMATION SOLUTIONS, INC.
    Job or Title *(if known)*:
    Street Address: 289 S Culver St
    City and County: Lawrenceville, Gwinnett
    State and Zip Code: GA, 30046
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 2
    Name: EQUIFAX INFORMATION SERVICES LLC
    Job or Title *(if known)*:
    Street Address: 2 Sun Court, Suite 400
    City and County: Peachtree Corners, Gwinnett
    State and Zip Code: GA, 30092
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Provision of that Experian and Equifax that is an issue violations my unalienable rights; that among these are Life, Liberty, and the pursuit of Happiness by continuing report unverifiable, inaccurate on my credit profile. I have increased stress, depression and anxiety due to decline of a home loan and credit cards.

15 U.S. Code Section 1618i(5)(a)(i) Procedure in case of disputed accuracy
  15 USC Code 1681a definition of a consumer investigation
  15 U.S. Code § 1681e - Compliance procedures
  15 U.S. Code § 1681n - Civil liability for willful noncompliance

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am asking for 100,000, because I have suffered from emotional and financial damage. These injuries have had me suffer includes loss of credit, increased interest rates, humiliation, invasion of privacy, emotional distress, and embarrassment.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am suing Experian and Equifax for defamation of character and Experian is reporting false, inaccurate, untrue, incomplete and unverifiable information which is destroying my credit worthiness to purchase a home. I have asked Experian and Equifax several times to validate these inaccurate and they refused. I am suing Experian and Equifax for defamation of character, negligent and willful non-compliance under the FCRA regulations. Experian and Equifax is in violation of my consumer and civil rights under the FCRA and the United States Commercial Codes Under the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 and following), you may sue a credit reporting agency for negligent or willful noncompliance.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have suffered from emotional and financial damage. These injuries have had me suffer includes loss of credit, increased interest rates, humiliation, invasion of privacy, emotional distress, and embarrassment.
The actual amounts asking for is 100,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/19/2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Uneika Thomas

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address